

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room ~~UNITED STATES COURTS~~
Los Angeles, CA 90012 DISTRICT OF IDAHO
Tel: (213) 894-4445
Fax: (213) 894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

FEB - 3 2003

M.REC'D_____
LODGED_____FILED_____

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

CR 02-222-N-EJL

Re:     Transfer to U.S. Magistrate Judge

Case No. **03-123M**

Case Title: **US vs. Erick M. Brewitt**

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By _Derrick Martin_____
    Deputy Clerk

cc: U.S. Attorney (Central District of California)
    U.S. Attorney (Receiving district)

=================================================================================
Receipt of the above-described documents is acknowledged herewith and assigned case number:
_____CR 02-222-N-EJL_____.

Clerk, U.S. District Court

_2-3-03_____          By _[signature]_____
Date                         Deputy Clerk

4

U.S. District Court
Central District of California (Western Div.)

CRIMINAL DOCKET FOR CASE #: 03-M -123-ALL

USA v. Brewitt                                          Filed: 01/23/03
Dkt# in other court: None

Case Assigned to:    Unassigned

ERICK M BREWITT (1)                    Firdaus F Dordi
      defendant                          [term  01/23/03]
   [term  01/23/03]                     FTS Ext 2808
                                        [COR LD NTC pda]
                                        Federal Public Defenders Office
                                        321 E 2nd St
                                        Los Angeles, CA 90012-4206
                                        213-894-2854


Pending Counts:

    NONE


Terminated Counts:

    NONE


Complaints                             Disposition

Defendant is found in                  Court orders defendant Held to
violation of 18:2422(b),               Answer to District of Idaho
2423(b).                               at Boise.
                                       (-1)


U. S. Attorneys:

    NONE

I hereby attest and certify on 1/28/03 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1/23/03    2      REPORT COMMENCING CRIMINAL ACTION as to Erick M Brewitt
                  arrested on 1/22/03.  Defendant's date of birth: 10/16/70.
                  (dmcr) [Entry date 01/28/03]

1/23/03    1      AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Erick M
                  Brewitt originating in the USDC, District of Idaho at
                  Boise.  Defendant charged in violation of: 18:2422(b),
                  2423(b).  Signed by Lapp, FBI/Special Agent. (dmcr)
                  [Entry date 01/28/03]

1/23/03    3      DEFENDANT Erick M Brewitt arrested on warrant issued from
                  USDC, District of Idaho at Boise. (dmcr)
                  [Entry date 01/28/03]

1/23/03    4      MINUTES OF ARREST ON O/D WARRANT held before Magistrate
                  Judge Patrick J. Walsh as to Erick M Brewitt : Defendant
                  arraigned and states true name as charged. DFPD attorney
                  Firdaus F Dordi appointed & present. Court orders Erick M
                  Brewitt permanently detained. Court orders Erick M
                  Brewitt held to answer to USDC, District of Idaho at
                  Boise.  Warrant of removal and final commitment to
                  issue. Defendant committed to the custody of the U. S.
                  Marshal.    Tape No.: 03-05 (dmcr) [Entry date 01/28/03]

1/23/03    5      WAIVER OF RIGHTS (OUT OF DISTRICT CASES) by Erick M Brewitt
                  (dmcr) [Entry date 01/28/03]

1/23/03    6      FINANCIAL AFFIDAVIT filed as to Erick M Brewitt (dmcr)
                  [Entry date 01/28/03]

1/23/03    7      NOTICE OF REQUEST FOR DETENTION filed by USA as to Erick M
                  Brewitt. (dmcr) [Entry date 01/28/03]

1/23/03    8      ORDER OF DETENTION by Magistrate Judge Patrick J. Walsh as
                  to Erick M Brewitt  (cc: all counsel) (dmcr)
                  [Entry date 01/28/03]

1/23/03    9      FINAL COMMITMENT AND WARRANT OF REMOVAL by Magistrate Judge
                  Patrick J. Walsh as to Erick M Brewitt to USDC,  District
                  of Idaho at Boise. (dmcr) [Entry date 01/28/03]

1/28/03

I hereby attest and certify on _____
that the foregoing _____
and correct copy _____ file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL _____ CALIFORNIA

BY _____
    DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      0160

                                    Plaintiff,

v.

ERICK M. BREWITT,

                          Defendant.

CASE NUMBER

03-123M

FINAL COMMITMENT AND WARRANT OF REMOVAL TO

_____ OF _IDAHO_____

AT _Boise_____
                          (City)

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☐   filing of a complaint before a U.S. Magistrate Judge
☐   an indictment by a Grand Jury
☑   a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about

10/8/01 - 10/21/01,  in the District of Origin, the defendant did:

in violation of Title(s) _18_ , U.S.C., Section(s) _2422(b) 2423(b)._

TRAVEL IN INTERSTATE COMMERCE TO ENGAGE IN SEXUAL ACT WITH PERSON UNDER 18 YEARS OF AGE USE OF COMPUTER AND TELEPHONE TO ATTEMPT TO PERSUADE A MINOR TO ENGAGE IN SEXUAL ACTIVITY

The defendant has now:

☑   duly waived identity hearing and arrival of process before me on  _1/23/03._

☐   duly waived preliminary examination before me on _____.

☐   had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐   had a hearing before me on _____, and it appears that the defendant is the person named as charged, and

    ☐    BAIL HAS BEEN SET AT $15,000 BUT HAS NOT BEEN POSTED.
    ☐    NO BAIL HAS BEEN SET.
    ☑    PERMANENT DETENTION HAS BEEN ORDERED.
    ☐    TEMPORARY DETENTION HAS BEEN ORDERED.

DATED: _1/23/03_____

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    PATRICK J. WALSH

---

## RETURN

Received this commitment and designated prisoner on _____ and on _____,

committed him to _____ and left with the custodian at the same time a certified

copy of the within temporary commitment.

                                    UNITED STATES MARSHAL
                                    CENTRAL DISTRICT OF CALIFORNIA
DATED:_____         By_____ Deputy



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
             Plaintiff, )
                          )
      v. )
ERICK MAURICE BREWITT )
                          )
             Defendant. )
                          )

03-123M

ORDER OF DETENTION AFTER HEARING
(18 U.S.C. § 3142(i))

ENTERED (ICLES)

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years
            (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (✓) serious risk defendant will flee;

    2. ( ) serious risk defendant will

       a. ( ) obstruct or attempt to obstruct justice;

       b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

///

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. (✓ appearance of defendant as required; and/or

B. (✓ safety of any person or the community;

III.

The Court has considered:

A. (✓ the nature and circumstances of the offense;

B. (✓ the weight of evidence against the defendant;

C. (✓ the history and characteristics of the defendant;

D. (✓ the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

_____

_____

_____

_____

_____

_____

B. ( ) History and characteristics indicate a serious risk that defendant will flee because:

_____

_____

_____

_____

_____

_____

C. ( ) A serious risk exists that defendant will:

  1. ( ) obstruct or attempt to obstruct justice;

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

2. ( )    threaten, injure or intimidate a witness/ juror; because:

_____

_____

_____

_____

_____

_____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

consultation with his counsel.

Dated: 1/24/03          _Patrick J. Walsh_____
                        U.S. Magistrate Judge / ~~District Judge~~

I hereby attest and certify on 1/28/03
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>Erick M. Brewitt<br>DEFENDANT. | CASE No.: 03 - 123m<br>☐ COMPLAINT<br>☒ AFFIDAVIT FILED: 1-23-03<br>VIOLATION 18 2422(b) 2423 (b)<br>TAPE No. 03-5 DATE 1-23-03<br><br>**PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE** |

**1. PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Walsh

**PRESENT:** I. Martinez _____ Dorothy Kim _____ N/A
Deputy Clerk _____ Assistant U.S. Attorney _____ Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; and
  ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit.
☒ Attorney: Firdaus Dordi _____ ☐ Retd ☒ Apptd. ☐ S/A ☐ DFPD ☐ Panel ☐ Poss. Contribution Ordered
☒ Upon request of the Government, defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained
☐ Bail set at $ _____ Detent'on

**TYPE OF BOND**

☐ Personal Recognizance (Signature only-no dollar amount)
☐ Unsecured Appearance Bond in amount of $_____
☐ Appearance Bond in amount of $_____
  ☐ with cash deposit (amount or %) _____
  ☐ with affidavit of surety (no justification) (Form CR-4)
  ☐ with justification affidavit of surety (Form CR-3)
  ☐ with deeding of property
☐ Collateral Bond in amount of $_____
  (cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
  (Corporate Surety Bond requires separate form)
☐ Release NOW and justify by _____
  appear before Magistrate Judge _____
  _____ AM/PM on _____

**CONDITIONS OF RELEASE**

☐ PSA Supervision ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to C/D CA; _____
☐ Avoid places of egress
☐ Alcohol/Drug testing _____
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing drugs.
☐ Release only to PSA
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Other _____ at

☒ Defendant committed to the custody of the U.S. Marshal. ☐ Preliminary Hearing waived.
☐ Prelim. Hearing set for _____, 4:30 PM Post-Indict Arrn. set for: _____ at 8:30 AM
☐ Defendant's motion to dismiss for lack of probable cause: ☐ DENIED ☐ GRANTED
☒ Defendant executes waiver of removal hearing and arrival of process.
☐ Process received. ☐ Defendant executes Rule 20 consent forms.
☒ Court ORDERS defendant Held to Answer to _____ District of Idaho
  ☐ Bond to transfer. Defendant to report on or before _____
  ☒ Warrant of removal and final commitment to issue.
☐ Case continued to _____ at _____ AM/PM for _____
☒ Other Add'l Req'd Def. Submission on detn.

**2. BOND POSTED:** Date _____ Release ORDERED. No. _____
Defendant's address and phone: _____

By _____ Isabel Martin
_____ Deputy Clerk

cc: AUSA
M-5 (2/99) PROCEEDINGS SHEET - LOCAL / OUT-OF-DISTRICT CASE

*U.S. GPO: 2002-779-139/50109

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 3 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Erick Maurice Brewitt
Defendant

CASE NUMBER  O3 - 123 M

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of ___Idaho___
alleging violation of ___18 §§2422, 2423___ and that I have been arrested in this district
and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)  have an identity hearing to determine whether I am the person named in the charges;
  (2)  receive a copy of the charge(s) against me;

*-Check one only-*

[ ]  **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)  have a preliminary examination (unless an indictment has been returned or an information filed)
       to determine whether there is probable cause to believe an offense has been committed by me,
       the hearing to be held in this district or the district of prosecution; and
  (4)  request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
       guilty.

[ ]  **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)  have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
       held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
       there is probable cause to believe I have violated the terms of my probation/supervised release.

*I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:*
  ☑  *have an identity hearing*
  ☑  *receive a copy of the charge(s) against me*
  ☐  *have a preliminary examination*
  ☐  *have an identity hearing, and I have been informed that I have no right to a preliminary
      examination*
  ☑  *have an identity hearing, but I request that a preliminary examination be held in the prosecuting
      district*

_____
Defendant

_____
Defense Counsel

DATE: 1/23/03

_____
United States Magistrate Judge

M-14( Rev. )          WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23
(Rev. 5/98)

IN UNITED STATES  ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

| | |
|---|---|
| U.S vs. Erick Maurice Brewitt | FOR Cent. Dist. Cal. AT CA |

LOCATION NUMBER

JAN 28 2003

DOCKET NUMBERS

Magistrate 03-123 M

District Court

Court of Appeals

PERSON REPRESENTED (Show your full name)

Erick Maurice Brewitt

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☑ Misdemeanor

## ASSETS

### EMPLOYMENT

Are you now employed?  ☐ Yes  ☐ No  ☑ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ 1,800

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| 11/02 $ 1,000 | Landscaping – part-time emp |
| 4/05 $ 600 | Knotts Berry Farm – part-time seasonal emp |

### CASH

Have you any cash on hand or money in savings or checking account  ☑ Yes  ☐ No  IF YES, state total amount $ 180

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ 500 | Dale Earnhardt – Jacket |

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Pay't |
|---|---|---|---|
| Groceries | | | $ 400 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/23/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Erick Brewitt



FILED

JAN 2 3 20

I hereby attest and certify on _____ 1/28/03
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

```
 1 | DEBRA W. YANG
   | United States Attorney
 2 | JACQUELINE CHOOLJIAN
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | Dennis Mitchell    (SBN: 116039)
 4 | Assistant United States Attorney
   |         1200 United States Courthouse
 5 |         312 North Spring Street
   |         Los Angeles, California 90012
 6 |         Telephone: (213) 894-
   |
 7 | Attorneys for Plaintiff
   | United States of America
 8 |
   |
 9 |
   |
10 |            UNITED STATES DISTRICT COURT
   |
11 |        FOR THE CENTRAL DISTRICT OF CALIFORNIA
   |
12 | UNITED STATES OF AMERICA,   )  Case No. 03-123M
   |                             )
13 |                             )  GOVERNMENT'S NOTICE OF REQUEST
   |                             )  FOR DETENTION
14 |            Plaintiff,        )
   |                             )
15 |         v.                  )
   |                             )
16 | Erick Maurice Brewitt       )
   |                             )
17 |            Defendant.        )
   |                             )
18 |                             )
   |
19 |
20 |         Plaintiff, United States of America, by and through its
   |
21 | counsel of record, hereby requests detention of defendant and gives
   |
22 | notice of the following material factors:
   |
23 | ____  1.  Temporary 10-day Detention Requested (§ 3142(d))
   |
24 |           on the following grounds:
   |
25 | ____  a.  offense committed while defendant was on release
   |
26 |           pending (felony trial), (sentencing) (appeal) or
   |
27 |           on (probation) (parole);
   |
28 | ____  b.  alien not lawfully admitted for permanent
```

(7)

violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 offense with ten year or greater maximum sentence, or (IV) state or local offense that would qualify under I, II, or III if federal jurisdiction were present, and defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, and the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

5. Government is Entitled to Detention Hearing Under § 3142(f) Based on the Following:

_____ a. crime of violence (defined in 18 U.S.C. § 3156);

_____ b. maximum sentence is life imprisonment or death;

_____ c. Title 21 offense with maximum sentence of ten years or more;

_____ d. instant offense is felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present;

_____ e. serious risk of flight;

_____ f. serious risk of (obstructing justice or attempting to obstruct justice) (threatening, injuring, or intimidating witness or juror, or

3

attempting to do so).

6.   Government requests continuance of _____ days for detention hearing based upon the following reason: __

_____

_____

_____

7.   Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

DATED: /- 23 - 03

Respectfully submitted,

DEBRA W. YANG
United States Attorney

_____

Assistant United States Attorney

Attorneys for Plaintiff
United States of America

4



I hereby attest and certify on _____
that the foregoing document is a full, true
and correct copy of the original on file in
____, and in my legal custody.

U.S. DISTRICT COURT
___ OF CALIFORNIA

FILED

2003 JAN 23 AM 10: 43

___ COURT
___ CALIF.

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

ERICK M. BREWETT

DEFENDANT(S).

CASE NUMBER

**03-0123M**

CR- 02-222-N-EJL

AFFIDAVIT RE

OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by:

☒ Indictment ☐ Information ☐ Complaint ☐ Bench warrant for: ☐ Probation Violation
☐ Failure to Appear

in the _____ District of IDAHO on 11/20/2002

at 1:35 a.m./p.m. The offense was allegedly committed on or about 10-8-2001 – 10-21-2001

in violation of Title 18 U.S.C., Section(s) 2422(b) 2423(b) to wit: _____

A warrant for defendant's arrest was issued by: ☐ Magistrate Judge

☐ District Judge _____

Bond of $ TO BE SET was: ☐ Set ☐ Recommended

Type of Bond: ☐ Personal Recognizance ☐ Appearance ☐ Corporate Surety ☐ Unknown or Unspecified

Relevant document(s) on hand (attach): _____

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my

presence on 1-23-03

_Date_

_Deputy Clerk_

_Signature of Agent_

LAPP

_Print Last Name_

FBI / SPECIAL AGENT

_Agency and Title_

CR-52 (5/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

2003 JAN 23 AM 10:43

BY

UNITED STATES OF AMERICA

v.

ERICK MAURICE BREWITT
aka Erick Maurice Brewitt

To: The United States Marshal
and any Authorized United States Officer

U.S. MARSHALS SERVICE
RECEIVED
2002 NOV 20 PM 1:35
BOISE, IDAHO

*SECRET*
*WARRANT FOR ARREST*

CASE NUMBER: CR 02-222-N-EJL

## 03-0123M

**YOU ARE HEREBY COMMANDED** to arrest **ERICK MAURICE BREWITT** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 USC §2423(b) TRAVEL IN INTERSTATE COMMERCE TO ENGAGE IN SEXUAL ACT WITH PERSON UNDER 18 YEARS OF AGE
18 USC §2422(b) USE OF COMPUTER AND TELEPHONE TO ATTEMPT TO PERSUADE A MINOR TO ENGAGE IN SEXUAL ACTIVITY

1/28/03

Jill Afir, Deputy Clerk
Name and Title of Issuing Officer

November 20, 2002
Date

ENTERED

## RETURN

This warrant was received _____ and executed with the arrest of the above-named
individual at _____

_____

_____

Signature of Arresting Officer

Date of Arrest

_____

Name & Title of Arresting Officer



and certify on 1/29/0[·]
...g document is a full...
...the original on file in
legal custody.
...CT COURT
...CALIFORNIA
...ce...

FILED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2003 JAN 23 AM 10: 43

CLERK US DIST COURT
CENTRAL DIST OF CALIF

UNITED STATES OF AMERICA,

PLAINTIFF

v.

ERICK M. BREWITT

DEFENDANT(S).

CASE NUMBER

CR- 02-222-N-ESC

**03-0123M**

REPORT COMMENCING CRIMINAL ACTION

TO:    CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1)  Date and time of arrest __01/22/2003__   __3:50__ ____ a.m./p/m.

2)  Charges under which defendant has been booked at Metropolitan Detention Center (MDC)
    __18 USC 2423 (b)__   __18 USC 2422 (b)__

3)  Offense charged is a:   ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4)  U.S. Citizen:    ☒ Yes    ☐ No    ☐ Unknown   DUAL ALSO CITIZEN
                                                   OF CANADA

5)  Date of Birth: __10-16-1970__

6)  The defendant is:    ☒ Presently in custody on this charge.
                         ☐ At liberty on bond posted before a Magistrate Judge.
                         ☐ At liberty and warrant is requested.
            Federal  ☐  In custody on another conviction.
            State    ☐  In custody awaiting trial on these charges.

7)  Place of detention (if out-of-district): __U.S. MARSHALS lock up / LOS ANGELES__

8)  Date detainer placed on defendant: ____

9)  This is a reprosecution of previously dismissed charges. (Docket/Case No. ____ )

10) Name of Pretrial Services Officer: __N/A__

11) Remarks (if any): ____

12) Date: __01/23/2003__

13) _____
         Signature

14) __LARRY L. LAPP__
         Name

15) __SPECIAL AGENT / FBI__
         Title

CR-64 (10/93)         REPORT COMMENCING CRIMINAL ACTION