**REDACTED PURSUANT TO 18 U.S.C. § 3509**

U.S. COURTS

2003 MAY 13 A 8 57

THOMAS E. MOSS
UNITED STATES ATTORNEY
NANCY D. COOK
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
205 N. FOURTH STREET, ROOM 306
COEUR D'ALENE, ID 83814
TELEPHONE: (208) 667-6568
FAX: (208) 667-0814

REC'D_____ FILED_____
CAMERON S. BURKE,
CLERK, IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 02-222-N-EJL |
| Plaintiff, | |
| vs. | SUPERSEDING INDICTMENT |
| ERICK MAURICE BREWITT, AKA: ERICK MAURICE PAGEAU, | (Vio.: 18 U.S.C. §§ 2423(b) and 2422(b)) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

**COUNT 1**
**(Vio.: 18 U.S.C. § 2423(b))**

From on or about October 20, 2001 to on or about October 21, 2001, the Defendant,

**ERICK MAURICE BREWITT, AKA: ERICK MAURICE PAGEAU,**

knowingly traveled in interstate commerce from the State of Washington to the State of Idaho for the purpose of engaging in a sexual act as defined pursuant to Title 18, United States Code, Section 2246, with a person under 18 years of age, that would be in violation of Chapter 109A if it occurred within the special maritime and territorial jurisdiction of the United States, to wit: sexual abuse of a minor, in violation of Title 18, United States Code, Section 2243(a), all in violation of Title 18, United States Code, Section 2423(b).

INDICTMENT - 1

## COUNT 2
### (Vio.: 18 U.S.C. § 2422(b))

From on or about October 8, 2001 to on or about October 12, 2001, the Defendant,

**ERICK MAURICE BREWITT, AKA: ERICK MAURICE PAGEAU,**

used a facility and means of interstate commerce, including a computer and a telephone, to knowingly attempt to persuade, induce, entice, or coerce _____, an individual who had not attained the age of 18 years to engage in sexual any activity for which the Defendant could be charged with a criminal offense, to wit: sexual abuse of a child under the age of sixteen (16), in violation of Idaho Code Section 18-1506, all in violation of Title 18, United States Code, Section 2422(b).

DATED this 13th day of May 2003.

A TRUE BILL

_____
FOREPERSON

THOMAS E. MOSS
United States Attorney

_____
NANCY D. COOK
Assistant United States Attorney

**INDICTMENT - 2**

# ● CRIMINAL COVERSHEET ●

**DEFENDANT'S NAME:** Erick Maurice Brewitt, aka: Erick Maurice Pageau

**Juvenile:** No

**Service Type:** Warrant/Secret

**In custody:** Bonner County Jail, Sandpoint, ID

**DEFENSE ATTORNEY:** Gerald Smith, Federal Defenders

**Interpreter:** No
If yes, language:

Address: 10 N. Post, Suite 700, Spokane, WA 99201

Telephone No.: 509-624-7606

**INVESTIGATING AGENCY & AGENT:** Rod Osborne
FBI
208-664-5128

**CASE INFORMATION:** (List any miscellaneous, magistrate, CVB or other related defendants/case numbers.)

## CRIMINAL CHARGING INFORMATION

| No Complaint | No Indictment | No Information | YES Superseding Indictment |
|---|---|---|---|
| Yes Felony | No Class A Misdemeanor | | No Class B or C Misdemeanor (Petty Offense) |
| County of Offense: Kootenai - Northern | | Estimated Trial Time: | 3 days - set for 5/14/03 |

| TITLE/SECTION | COUNTS | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessments) |
|---|---|---|---|
| 18 U.S.C. § 2423(b) | 1 | Travel in interstate commerce to engage in sexual act with person under 18 years of age | Imprisonment of not more than 15 years and/or fine of $250,000; supervised release: not more than 3 years; special assessment: $100 |
| 18 U.S.C. § 2422(b) | 2 | Use of computer and telephone to attempt to persuade a minor to engage in sexual activity | Imprisonment of not more than 15 years and/or fine of $250,000; supervised release: not more than 3 years; special assessment: $100 |

Date: May 12, 2003

AUSA: Nancy D. Cook
Telephone No.: 208-667-6568